```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA,     :
                              :
          - v. -              :       06 Cr. 814
                              :
GARY LEVY,                    :
RICHARD ARTHUR WOLF,          :
     a/k/a "Arthur Wolf,"     :
                              :
                 Defendants.  :
                              :
- - - - - - - - - - - - - - - x
```

WHEREAS the above-captioned indictment was returned on September 18, 2006 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 8 2006

IT IS HEREBY ORDERED, that, the indictment docketed as 06 Cr. 814 be unsealed.

Dated: New York, New York
       September 28, 2006

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK


HENRY PITMAN
United States Magistrate Judge
Southern District of New York